**Warnie OWENS et al., Appellants,**

v.

**Boyd MILLER et al., etc., Appellees.**

Court of Appeals of Kentucky.

Oct. 25, 1957.

**R. T. WAGNER, Appellant,**

v.

**FISCAL COURT OF JESSAMINE COUNTY,**
Kentucky, et al., Appellees.

Court of Appeals of Kentucky.

Oct. 25, 1957.

Marcus Mann, Salyersville, for appellants.

Earl R. Cooper, Salyersville, for appellees.

PER CURIAM.

Motion for an appeal from the Magoffin Circuit Court, John Chris Cornett, Judge.

We are affirming the judgment of the trial court holding that the appellees are the joint owners of the land in dispute because we think the findings of fact upon which the judgment is based are amply supported by the evidence.

The motion for an appeal is overruled, and the judgment is affirmed.